IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Case No.  09-cv-01254-PAB-MEH

KAREN BARU,

    Plaintiff,

v.

ARAPAHOE MEDICAL INVESTORS LLC and
LIFE CARE CENTERS OF AMERICA INC.,

    Defendants.

_____

### ORDER DISMISSING COUNT THREE WITHOUT PREJUDICE
_____

THIS MATTER comes before the Court upon the Stipulated Motion to Dismiss Count III – Punitive Damages Without Prejudice [Docket No. 5].  The Court has reviewed the pleading and is fully advised in the premises.  It is

**ORDERED** that the motion to dismiss [Docket No. 5] is granted.  It is further

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), count three of the Complaint [Docket No. 1], is dismissed without prejudice, with each party to bear its own attorneys' fees and costs.

DATED June 21, 2009.

                                                BY THE COURT:

                                                s/Philip A. Brimmer_____
                                                PHILIP A. BRIMMER
                                                United States District Judge