IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Case No. 09-cv-01254-PAB-MEH

KAREN BARU,

    Plaintiff,

v.

ARAPAHOE MEDICAL INVESTORS LLC and
LIFE CARE CENTERS OF AMERICA INC.,

    Defendants.

_____

**ORDER**
_____

    This matter comes before the Court on the parties' joint motion to stay this action pending arbitration and to vacate the Scheduling Conference [Docket No. 17].  In their motion, plaintiff and defendants state that they have agreed to arbitrate all of the issues raised in plaintiff's Complaint.  The parties therefore ask the Court to stay this case until such time as the parties file a notice that the arbitration has successfully concluded or until plaintiff files a notice of dismissal of her claims.  The parties' willingness to arbitrate the claims between them constitutes good cause to stay this action.  Therefore, it is

    **ORDERED** that this action is STAYED in all respects pending resolution of plaintiff's claims against defendants through arbitration proceedings.  It is further

    **ORDERED** that the parties shall file a status report with the Court on or before **March 22, 2010** advising the Court of the status of the arbitration proceeding.  It is further

**ORDERED** that this action shall be administratively closed, pursuant to D.C.COLO.LCivR 41.2, subject to reopening upon motion of the parties for good cause. If no action is taken to reopen this case before September 1, 2010, the case will be dismissed without prejudice without any further notice to the parties.

DATED September 1, 2009.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge