IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Case No. 09-cv-01254-PAB-MEH

KAREN BARU,

    Plaintiff,

v.

ARAPAHOE MEDICAL INVESTORS LLC, and
LIFE CARE CENTERS OF AMERICA INC.,

    Defendants.

_____

**ORDER**
_____

This matter comes before the Court on the September 1, 2009 Order of the Court staying this action pending resolution of plaintiff's claims in arbitration proceedings and administratively closing this matter subject to reopening for good cause upon motion of the parties [Docket No. 23]. In that Order, the Court also stated that, if no action was taken to reopen this case before September 1, 2010, the case would be dismissed without prejudice without any further notice to the parties.

Pursuant to the Court's September 1, 2009 Order, the parties filed a status report on March 22, 2010, informing the Court that they were in the process of scheduling the arbitration for sometime in February 2011 and that they would inform the Court upon completion of the arbitration. Neither party, however, has sought to reopen this matter or to extend the time period for the administrative closure of this case. Therefore, it is

**ORDERED** that this case is DISMISSED without prejudice.


DATED September 13, 2010.

                                              BY THE COURT:

                                              s/Philip A. Brimmer
                                              PHILIP A. BRIMMER
                                              United States District Judge